No. 390, October Term, 1948. PROPPER, RECEIVER, *v.* CLARK, ATTORNEY GENERAL, AS SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN, 337 U. S. 472. Rehearing denied. THE CHIEF JUSTICE and MR. JUSTICE CLARK took no part in the consideration or decision of this application.

No. 525, October Term, 1948. MOORE *v.* COMMISSIONER OF INTERNAL REVENUE, 337 U. S. 956. The motion for leave to file petition for rehearing is denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application.

No. 649, October Term, 1948. LONGYEAR HOLDING CO. ET AL. *v.* MINNESOTA, 336 U. S. 948. The motion for leave to file a second petition for rehearing is denied. MR. JUSTICE BURTON and MR. JUSTICE CLARK took no part in the consideration or decision of this application.

No. 671, October Term, 1948. WILLIAMS *v.* NEW YORK, 337 U. S. 241. Petition for rehearing of the order of June 27, 1949, 337 U. S. 961, denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application.